UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

**DENNIS MAIMAN M.D.,**

      **Plaintiff,**

v.                                                              Case No. 24-CV-963

**SIG SAUER, INC. and AMMUNITION
OPERATIONS, LLC. d/b/a REMINGTON
AMMUNITION,**

      **Defendants.**

_____

## ORDER
_____

Currently before the court is the parties' joint motion to amend the Scheduling Order (ECF No. 34) issued by the court on March 4, 2025. (ECF No. 42.) Accordingly,

**IT IS ORDERED** that the parties' Joint Motion to Modify the Court's Scheduling Order (ECF No. 42) is **GRANTED**, and that

(1) The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **December 1, 2025**.

(2) All fact discovery is to be completed by **February 1, 2026**. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery

request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

(3) The defendants shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **March 5, 2026**.

(4) The parties shall complete expert witness depositions by **June 1, 2026**.

(5) Telephonic Scheduling Conference is scheduled for **July 8, 2026, at 9:00 A.M.** The parties shall call the courts conference line at 669-254-5252. When prompted, use meeting ID 160 9647 6949# and # again and then enter passcode 943682#.

(6) Any request for court action must be filed as a motion. A joint request should be filed as a joint motion. Aside from a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court will not take any action on stipulations.

Dated at Milwaukee, Wisconsin this 4th day of August, 2025.

/s/ William E. Duffin
WILLIAM E. DUFFIN
U.S. Magistrate Judge